## NELSON v. CROUCH.

(Decided November 13, 1931.)

H. E. HAYS for movant.

HUNTER M. SHUMATE opposed.

PER CURIAM. Motion for appeal from judgment for plaintiff on claim for $305.13.

Appeal denied; judgment affirmed.

## BISHOP v. COMMONWEALTH.

(Decided November 17, 1931.)

JOHN W. McKENZIE for movant.

J. W. CAMMACK, Attorney General (BASIL P. COOPER of counsel), for Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $300 and 60 days in jail.

Appeal denied; judgment affirmed.

## BOGGESS' ADMINISTRATOR v. BOGGESS.

(Decided November 20, 1931.)

TEAGUE & TEAGUE and RUMSEY BOGGESS for movant.

E. J. FELTS opposed.

PER CURIAM. Motion for appeal from judgment on two notes, one for $176.68 with interest thereon from March 15, 1920, and one for $181.75 with interest from March 15, 1920.

Appeal denied; judgment affirmed.